IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:01cr66-MOC-11

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CONRADO MEJIA-ESPINOSA, JR., | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the government's motion to dismiss without prejudice the above-captioned Bill of Indictment as it relates to defendant Conrado Mejia-Espinosa, Jr. Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's motion to dismiss (#502) the above-captioned Bill of Indictment as it relates to Conrado Mejia-Espinosa, Jr., is **GRANTED** without prejudice.

Signed: July 26, 2011

Max O. Cogburn Jr.
United States District Judge